# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDA HEALTH CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE HENRY, in her official capacity as Attorney General of Pennsylvania, and LETITIA JAMES, in her official capacity as Attorney General of New York,<br><br>    Defendants. | No.:    2:24-cv-00879<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN R. GLOVER |

John R. Glover, undersigned counsel for Plaintiff Leda Health Corporation, hereby moves that John R. Glover be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Leda Health Corporation in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of John R. Glover filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:    06/17/2024        Respectfully submitted,

                                          /s/ John R. Glover
                                          John R. Glover (TN. # 037772)
                                          Litson PLLC
                                          6339 Charlotte Pike, Unit #C321
                                          Nashville, TN 37209

jr@litson.co

*Counsel for Leda Health Corporation*

CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of June 2024, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

  In addition, for Defendants who have not yet made an appearance, a true and correct copy of the foregoing has been served via email and U.S. mail to counsel either known or believed to represent each of them, including:

Letitia James
Office of the New York State Attorney General
28 Liberty Street, 16th Floor
New York NY 10005

Letitia James
Office of the New York State Attorney General
Empire State Plaza
Justice Building, 2nd Floor
Albany NY 12224

Michelle Henry
Office of Attorney General
Torts Litigation Unit
15th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120

            */s/ John R. Glover*