**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEDA HEALTH CORPORATION,<br>a Delaware corporation, | ) | No.:    2:24-cv-00879 |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF JOHN R. |
| | ) | GLOVER IN SUPPORT OF |
| v. | ) | MOTION FOR ADMISSION |
| | ) | *PRO HAC VICE* |
| MICHELLE HENRY, in her official | ) | |
| capacity as Attorney General of | ) | |
| Pennsylvania, and LETITIA JAMES, | ) | |
| in her official capacity as Attorney | ) | |
| General of New York, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, John R. Glover, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Leda Health Corporation, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, John R. Glover, being duly sworn, do hereby depose and say as follows:

1. I am an attorney of the law firm Litson PLLC.

2. My business address is 6339 Charlotte Pike, Unit #C321, Nashville, TN 37209.

3. I am a member in good standing of the bars of the State of Tennessee, United States District Court for the Middle District of Tennessee, Eastern District of Tennessee and Western District of Tennessee.

4. My bar identification number is Tennessee (037772).

5. A current certificate of good standing from TNMD is attached to this Affidavit as **Exhibit A.**

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 06/17/2024                    /s/ John R. Glover
                                     John R. Glover