# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **LYNDA M. HILL,** Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

### John Ross Glover

was duly admitted to practice in said Court on

**12/27/2019**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on      June 7, 2024      .



LYNDA M. HILL, CLERK OF COURT

By: _____
Deputy Clerk

**EXHIBIT A**