UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

|  |  |
|---|---|
| LEDA HEALTH CORPORATION and MADISON CAMPBELL, <br><br> Plaintiffs, <br><br> - against - <br><br> MICHELLE HENRY, in her official capacity as Attorney General of Pennsylvania, and LETITIA JAMES, in her official capacity as Attorney General of New York, <br><br> Defendants. | Civ. Action No. 24-879 (CB) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE,** that defendant Attorney General Letitia James ("Attorney General James") moves this Court for an Order dismissing with prejudice all claims against Attorney General James in the Complaint in the above-captioned action filed on June 17, 2024 (ECF #1), pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), (3), and (6) for lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, and failure to state a claim on which relief can be granted.

**PLEASE TAKE FURTHER NOTICE**, that in support of her motion, Attorney General James shall rely upon the Memorandum of Law in Support of Her Motion to Dismiss, dated July 30, 2024; the Declaration of Laura J. Levine, dated July 30, 2024, and the exhibits attached thereto; the Complaint; and all other pleadings and papers submitted in this action.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's Practices and Procedures, any opposition papers to Attorney General James's motion are due to be served on or before August 19, 2024; and Attorney General James's reply papers, if any, are due to be served on or before August 26, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2024, Attorney General James will file a motion for an Order modifying the Court's July 2, 2024 Scheduling Order to adjourn the hearing on Plaintiff's motion for a preliminary injunction or, in the alternative, to expedite a ruling on Attorney General's James's jurisdictional arguments in her motion to dismiss; and thus, the above briefing schedule is subject to any Court Order on Attorney General James's motion for an expedited ruling.

**PLEASE TAKE FURTHER NOTICE** that, in the event that Attorney General James's motion to dismiss is denied, Attorney General James requests thirty (30) days from the date of such Order to answer the Complaint.

Dated: New York, New York
      July 30, 2024

                                            LETITIA JAMES
                                            Attorney General
                                            State of New York

                                            By: */s/Rosemary B. Boller*
                                            Rosemary B. Boller (#1929850)
                                          Assistant Attorney General
                                          28 Liberty Street
                                          New York, New York 10005
                                          Tel: (212) 416-6287
                                          Rosemary.Boller@ag.ny.gov

                                          By: */s/Haley L. Hawkins*
                                          Haley L. Hawkins (#5775028)
                                          Assistant Attorney General
                                          28 Liberty Street
                                          New York, NY 10005
                                          Tel: (212) 416-8771
                                          Haley.Hawkins@ag.ny.gov

To:    Joseph Alex Little, IV, Esq.
John Ross Glover, Esq.
Zachary Carter Lawson, Esq.
Litson PLLC
6339 Charlotte Pike, Ste #C321
Nashville, Tennessee 37209
Tel: (615) 985-8205
alex@litson.co
jr@litson.co
zack@litson.co
*Attorneys for Plaintiffs*