| WITNESSES | | | |
|---|---|---|---|
| **Case Number: 2:24-cv-00879-CB LEDA HEALTH CORPORATION, et al. v. HENRY, et al.** | | | |
| | PLAINTIFF | | DEFENDANT |
| 1 | Madison Campbell | 1 | Amanda Ringold |
| 2 | Teresa Devitt-Lynch | 2 | Jennifer DiGiovanni |
| 3 | | 3 | |
| 4 | | 4 | |
| 5 | | 5 | |
| 6 | | 6 | |
| 7 | | 7 | |
| 8 | | 8 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |