✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

LEDA HEALTH CORPORATION, et

V.

MICHELLE HENRY, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:24-cv-00879-CB

| PRESIDING JUDGE<br>Cathy Bissoon | PLAINTIFF'S ATTORNEY<br>Joseph Alex Little, John Ross Glover | DEFENDANT'S ATTORNEY<br>Amelia Jean Goodrich, Jorden P. Colalella<br>Rosemary Boller, Haley Hawkins, Todd A. Spiegelman |
|---|---|---|
| HEARING DATE<br>8/26/2024 | COURT REPORTER<br>Barbara Loch | COURTROOM DEPUTY<br>Joungsun Miller |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 8/26/2024 | X | X | Early Evidence Kit - Madison Campbell |
| 2 |  | 8/26/2024 | X | X | Photos of Kit - Madison Campbell |
| 3 |  | 8/26/2024 | X | X | Resource Card - - Madison Campbell |
| 4 |  | 8/26/2024 | X | X | Instruction Manual - Madison Campbell, Amanda Ringold |
| 5 |  | 8/26/2024 | X | X | Disclaimers of LEDA Website - Madison Campbell, Amanda Ringold |
| 6 |  | 8/26/2024 | X | X | Printout of the LEDA HEALTH Website |
| 7 |  | 8/26/2024 | X | X | Printout of the LEDA HEALTH Twitter Page |
| 8 |  | 8/26/2024 | X | X | Initial Cease and Desist Letter from the NY Attorney General |
| 9 |  | 8/26/2024 | X | X | AOD from the NY Attorney General |
| 10 |  | 8/26/2024 | X | X | Cease and Desist Letter from the PA Attorney General |
| 11 |  | 8/26/2024 | X | X | CV of Teresa Devitt-Lynch - Teresa Devitt-Lynch |
| 12 |  | 8/26/2024 | X | X | AFN Article - Teresa Devitt-Lynch |
|  | PA10 | 8/26/2024 | X | X | CV of Amanda Ringold - Amanda Ringold |
|  | PA11 | 8/26/2024 | X | X | Sexual Assault Forensic Examination Documentation - Amanda Ringold |
|  | PA12 | 8/26/2024 | X | X | Medical Rape Kit - Amanda Ringold |
|  | NY 1 | 8/26/2024 | X | X | Declaration of Laura J. Levine |
|  | NY 2 | 8/26/2024 | X | X | Me Too Kits press report 9/4/2019 |
|  | NY 3 | 8/26/2024 | X | X | NY AG Cease and Desist Letter to Me Too Kits 9/11/2019 |
|  | NY 4 | 8/26/2024 | X | X | AY AG Cease and Desist Letter to Preserve Group 9/11/2019 |
|  | NY 5 | 8/26/2024 | X | X | NY AG press release 9/12/2019 |
|  | NY 6 | 8/26/2024 | X | X | Me Too Kits press release 9/12/2019 |
|  | NY 7 | 8/26/2024 | X | X | Subpoena issued to Leda Health 2/1/2023 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| LEDA HEALTH CORPORATION, et al. vs. | | | MICHELLE HENRY, et al. | | CASE NO. 2:24-cv-00879-CB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | NY 8 | 8/26/2024 | X | X | Letter from Messrs. Schwarts and Lund 9/13/2019 |
| | NY 9 | 8/26/2024 | X | X | Email communication between Laura Levine and Michael Schwarrtz 9/30/2019 |
| | NY 10 | 8/26/2024 | X | X | Deposition transcript excerpts - Liesel Vaidya & Madison Campbell |
| | NY 11 | 8/26/2024 | X | X | Letter from Messrs. Schwartz & Lund 6/9/2021 |
| | NY 12 | 8/26/2024 | X | X | Email chain between Laura Levine and Michael Schwarts 6/30/2021 |
| | NY 13 | 8/26/2024 | X | X | Archive of Leda Health's website 12/6/2022 |
| | NY 14 | 8/26/2024 | X | X | Affidavit of attempted service on Leda 1/24/2023 |
| | NY 15 | 8/26/2024 | X | X | Email communication between NY AG and Michael Schwarts 2/3/2023 |
| | NY 16 | 8/26/2024 | X | X | Excerpt from Leda Health's website |
| | NY 17 | 8/26/2024 | X | X | Instruction Manual for Me Too Kit |
| | NY 18 | 8/26/2024 | X | X | Leda Health User Agreement |
| | NY 19 | 8/26/2024 | X | X | Leda Health Provacy Policy |
| | NY 20 | 8/26/2024 | X | X | Press Report - Leda Health 10/24/2023 |
| | NY 21 | 8/26/2024 | X | X | Archive of Leda Health's website 12/9/2023 |
| | NY 22 | 8/26/2024 | X | X | Contact page of Leda Health's website 7/30/2024 |
| | NY 23 | 8/26/2024 | X | X | Newspaper artlcle about Me Too Kits 2/4/2024 |
| | NY 24 | 8/26/2024 | X | X | Email communication - NY AG Transmitting Draft AOD to Leda Health's Counsel 5/31/2024 |
| | NY 25 | 8/26/2024 | X | X | Email communication from Michael Lefleur 6/21/2024 |
| | NY 26 | 8/26/2024 | X | X | NY AG Draft Assurance of Discontinuance |

Page  2  of  2  Pages