# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEDA HEALTH CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | 2:24-cv-00879-CB |
| v. | ) ) | Judge Cathy Bissoon |
| MICHELLE HENRY, *in her official capacity as Attorney General of Pennsylvania*, | ) ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


January 22, 2025                                                        s/Cathy Bissoon
                                                                        Cathy Bissoon
                                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record