# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEDA HEALTH CORPORATION, a Delaware corporation, and MADISON CAMPBELL, | ) ) ) | No.: 2:24-cv-00879 |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) ) | Judge Bissoon |
| | ) | |
| DAVID SUNDAY, in his official capacity as Attorney General of Pennsylvania, and LETITIA JAMES, in her official capacity as Attorney General of New York, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Leda Health Corporation and Madison Campbell hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's order denying Plaintiffs' motion for a preliminary injunction and granting Defendant Sunday's motion to dismiss, Dkt. 67, and from the Order of Court entering judgment for Defendant Sunday, Dkt. 68, all entered on January 22, 2025, closing the case. Copies of those orders are attached hereto as Exhibits A and B.

Dated: February 7, 2025

Respectfully submitted,

LITSON PLLC

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
John R. Glover (TN BPR #37772)

*Pro Hac Vice*
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
jr@litson.co

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 7th day of February 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

       Rosemary B. Boller (#1929850)
       Haley L. Hawkins (#5775028)
       Assistant Attorneys General
       Tel: (212) 416-6287
       Rosemary.Boller@ag.ny.gov
       Haley.Hawkins@ag.ny.gov

       *Attorneys for Defendant Letitia James*

       Jorden P. Colalella
       Nicole R. Ditomo
       Office of Attorney General
       1251 Waterfront Place Mezzanine Level
       Pittsburgh, PA 15222
       Phone: (412) 565-5155
       jcolalella@attorneygeneral.gov
       nditomo@attorneygeneral.gov

       *Attorneys for Defendant David Sunday*

                                      */s/ J. Alex Little*