# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1236

Leda Health Corp, et al v. Attorney General Pennsylvania, et al

(U.S. District Court No.: 2:24-cv-00879)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   October 15, 2025
AMR/cc:   John R. Glover, Esq.
Zachary C. Lawson, Esq.
J. Alex Little IV, Esq.
Brandy S. Lonchena,
Daniel B. Mullen, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate